# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PELLA CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>　　　　Defendant. | Law No. 4:11-cv-00273<br><br>**AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO MOVE OR PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT** |

Defendant Liberty Mutual Insurance Company ("Liberty Mutual"), by their counsel, pursuant to Fed. R. Civ. P. 6(b) and local rule 7(k) moves for an extension of time to move or plead in response to Plaintiff Pella Corporation's ("Pella's") Complaint, and in support thereof, states:

1. Pella filed this action seeking declaratory relief and damages for breach of contract on June 7, 2011.

2. Liberty Mutual was served with Pella's Complaint on June 15, 2011 such that Liberty Mutual must move or plead in response to the Complaint by July 6, 2011.

3. Liberty Mutual seeks a 30-day extension of this deadline, requiring Liberty Mutual to move or plead in response to the Complaint by August 5, 2011.

4. Counsel for Liberty Mutual has conferred in good faith with counsel for Plaintiff, who does not object to the requested 30-day extension.

WHEREFORE, Defendant Liberty Mutual Insurance Company requests that the Court enter an order extending for 30 days the time for Liberty Mutual to move or plead in response to Plaintiff's Complaint.

Dated: June 20, 2011

Respectfully submitted,

/s/ Robert V.P. Waterman, Jr.
Robert V.P. Waterman, Jr.
LANE & WATERMAN LLP
220 North Main Street, Suite 600
Davenport, IA 52801
Telephone: (563) 324-3246
Facsimile: (563) 324-1616
Email: bwaterman@l-wlaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 20 day of June, 2011, I electronically filed the foregoing **Agreed Motion for Extension of Time for Defendant to Move or Plead in Response to Plaintiff's Complaints** with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

Richard W. Lozier, Jr.
Mark E. Weinhardt
BELIN McCORMICK, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone: (515) 283-4636
Facsimile:  (515) 558-0636
Email: rwlozier@belinmccormick.com
Email: meweinhardt@belinmccormick.com

                                            /s/   Robert V.P. Waterman, Jr.
                                            Robert V.P. Waterman, Jr.