UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PELLA CORPORATION, | ) |
| | ) Case No. 4:11-CV-00273 |
| Plaintiff, | ) |
| v. | ) |
| | ) **DISCLOSURE STATEMENT** |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) |
| Defendant. | ) |

As required by LR 7.1, Pella Corporation, Plaintiff in this case, provides the following information to the Court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case:*

Pella Windows and Doors, Inc.
Pella Products, Inc.
Pella Windows and Doors – Twin Cities, Inc.
Pella Canadian Holdings, Inc.
Pella Windows of Phoenix, Inc.
PCF, Inc.
PWD, Inc.
PWD – HSC, Inc.
PWD Sales Subsidiaries Management, Inc.
Vinyl Northwest, Inc.
Pease Industries, Inc.
Distinctive Doors, Inc.
EFCO Corporation
Pella FDC, Inc.
Pella International, Inc.
Pella Acquisition Corp.
Dallas-PWD, Inc.

PWD-Northern California Retail, Inc.
PWD-Orlando, Inc.
PWD-Seattle, Inc.
Viking Industries, Inc.
NSF, Inc.

*(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

The entities listed in section (a), above, are wholly or partially-owned subsidiaries of Pella Corporation. None of these entities is involved in this litigation or has a direct pecuniary interest in the outcome of this litigation.

Date: June 27, 2011.

        Respectfully submitted,

        BELIN McCORMICK, P.C.

        By  /s/  Richard W. Lozier, Jr.
           Richard W. Lozier, Jr.
           Mark E. Weinhardt

        666 Walnut Street, Suite 2000
        Des Moines, IA  50309-3989
        Telephone:   (515) 283-4636
        Facsimile:    (515) 558-0636
        E-mail:         rwlozier@belinmccormick.com

        ATTORNEYS FOR PLAINTIFF

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on June 27, 2011 by

- ☐ U.S. Mail
- ☐ FAX
- ☐ Hand Delivered
- ☐ Electronic Mail
- ☐ FedEx/ Overnight Carrier
- ■ CM / ECF

Robert V.P. Waterman, Jr.
Lane & Waterman, LLP
220 North Main St., Ste. 600
Davenport, IA  52801

Signature:   */s/  Laura A. Brustkern*
BELIN\P0648\0002\Pella Disclosure Statement LR 7.1 (01030484).DOC