**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

---

| | |
|---|---|
| PELLA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) Law No. 4:11-cv-00273 |
| | ) |
| vs. | ) |
| | ) **MOTION FOR ADMISSION** |
| LIBERTY MUTUAL INSURANCE | ) **PRO HAC VICE** |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

---

Jeffrey C. Gerish, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant, Liberty Mutual Insurance Company. Jeffrey C. Gerish states that he is a member in good standing of the bar of the highest court of the state of Michigan, and that he agrees to submit to and comply with all of the provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Jeffrey C. Gerish further states he will comply with the associate counsel requirements of LR 83.2.d.4 by associating with Robert V.P. Waterman, Jr., a lawyer who has been admitted to the bar of this district under LR 83.2.b and c and who has entered an appearance in this case on behalf of Liberty Mutual Insurance Company.

Jeffrey C. Gerish states he can be contacted at the following locations: Plunkett Cooney, 38505 Woodward Avenue, Suite 2000, Bloomfield Hills, MI, 48304; (248) 901-4000; facsimile: (248) 901-4040; e-mail: jgerish@plunkettcooney.com.

- 2 -

        Respectfully submitted,


        _/s/  Jeffrey C. Gerish_
        Jeffrey C. Gerish
        PLUNKETT COONEY
        38505 Woodward Avenue, Suite 2000
        Bloomfield Hills, MI 48304
        Telephone: (248) 901-4000
        Facsimile:  (248) 901-4040
        Email:  cbrowning@plunkettcooney.com

Date: June 29, 2011

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 29 day of June, 2011, I electronically filed the foregoing **Motion for Admission Pro Hac Vice** with the Clerk of Court using the ECF system, which will send notification of such filing to the following:

Richard W. Lozier, Jr.
Mark E. Weinhardt
BELIN McCORMICK, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone: (515) 283-4636
Facsimile:  (515) 558-0636
Email: rwlozier@belinmccormick.com
Email: meweinhardt@belinmccormick.com

    _/s/    Robert V.P. Waterman, Jr