UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| PELLA CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE<br>COMPANY,<br><br>    Defendant. | )<br>)<br>)  Law No. 4:11-cv-00273<br>)<br>)<br>)  **MOTION FOR ADMISSION**<br>)  **PRO HAC VICE**<br>)<br>)<br>)<br>) |

Kenneth C. Newa, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant, Liberty Mutual Insurance Company. Kenneth C. Newa states that he is a member in good standing of the bar of the highest court of the state of Michigan, and that he agrees to submit to and comply with all of the provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Kenneth C. Newa further states he will comply with the associate counsel requirements of LR 83.2.d.4 by associating with Robert V.P. Waterman, Jr., a lawyer who has been admitted to the bar of this district under LR 83.2.b and c and who has entered an appearance in this case on behalf of Liberty Mutual Insurance Company.

Kenneth C. Newa states he can be contacted at the following locations: Plunkett Cooney, 38505 Woodward Avenue, Suite 2000, Bloomfield Hills, MI, 48304; (248) 901-4000; facsimile: (248) 901-4040; e-mail: knewa@plunkettcooney.com.

Respectfully submitted,

Kenneth C. Newa
PLUNKETT COONEY
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304
Telephone: (248) 901-4000
Facsimile: (248) 901-4040
Email: cbrowning@plunkettcooney.com

Date: June 29, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## ELECTRONIC CASE FILING SYSTEM
## ATTORNEY REGISTRATION FORM
### PLEASE TYPE

This form shall be used to register for accounts on the court's CASE MANAGEMENT/ELECTRONIC FILES (CM/ECF) systems in the United States District Court for the Southern District of Iowa. Registered attorneys and other participants will have privileges both to electronically submit documents and to view and retrieve electronic docket sheets and documents as available for cases assigned to the CM/ECF systems. The following information is required for registration:

First/Middle/Last Name: Kenneth C. Newa

Attorney/Bar ID: P43497

Firm Name: Plunkett Cooney

Firm Address: 38505 Woodward Avenue, Suite 2000, Bloomfield Hills, MI 48304

Voice Phone Number: (248) 594-6968

FAX Phone Number: (248) 901-4040

Internet E-Mail Address: knewa@plunkettcooney.com

Additional E-Mail Address: jmcmahon@plunkettcooney.com

Name of Federal Court Bar(s) you belong to: Eastern/Western Districts of MI; Northern/Southern Districts of IN

Does your E-mail Software support HTML messages?   Yes [✓]      No [ ]

Do you currently have a login for CM/ECF for another U.S. District Court?  Yes [✓]   No [ ]

If you currently have a login and password, and wish to use the same in this U.S. District Court, please list them here:

By submitting this registration form, the undersigned agrees to abide by the following rules:

1.   The systems are for use only in cases designated by the U.S. Courts for the Southern District of Iowa. The systems may be used to file and view electronic documents, docket sheets and notices.

2.   Each attorney desiring to file pleadings or other papers electronically must complete and sign an Attorney Registration Form. An attorney/participant's password issued by the court, combined with the user's identification (login), serves as and constitutes the attorney/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, such as resignation or reassignment of the person with authority to use the password, it is the duty and responsibility of the attorney/participant to notify the court immediately. The court will immediately delete the password from the electronic filing system and issue a new password.

3.   Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion and other paper shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. The electronic

filing of a petition, pleading, motion, or other paper by an attorney who is a registered participant in the Electronic Filing System shall constitute the signature of that attorney under Federal Rule of Civil Procedure 11.

4.  Registration as a Filing User constitutes: (1) consent to receive notice electronically and waiver of the right to receive notice by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D); (2) consent to electronic service and waiver of the right to service by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) except with regard to service of a summons and complaint. Waiver of service and notice by first class mail applies to notice of the entry of any order or judgment.

5.  A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center. Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER. A PACER login is required in addition to the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

6.  By this registration, the undersigned agrees to abide by all of the rules and regulations in the most recent Administrative Order, *Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means* currently in effect and any changes or additions that may be made to such Administrative Procedures in the future.

Please return to: U.S. Courts
        Southern District of Iowa
        Attn: ECF Attorney Registration
        P.O. Box 9344
        Des Moines, IA 50309-9344
        (or email to iasd_casemanagers@iasd.uscourts.gov and put CM/ECF registration in subject)

6/27/11
Date                                                    Attorney/Participant Signature

Existing Users of the Iowa Northern District Court CM/ECF, who registered prior to September 2004, are able to login with their Iowa Northern District login and password immediately.

**COURT USE ONLY:**

| | |
|---|---|
| **Login Assigned** | |
| **Password Assigned** | |
| **Issuer** | |
| **Date test email sent** | |
| **Date reply returned** | |
| **Date login sent to user** | |
| **Date Scanned** | |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June, 2011, I electronically filed the foregoing

**Motion for Admission Pro Hac Vice** with the Clerk of Court using the ECF system, which will

send notification of such filing to the following:

Richard W. Lozier, Jr.
Mark E. Weinhardt
BELIN McCORMICK, P.C.
666 Walnut Street, Suite 2000
Des Moines, IA 50309
Telephone: (515) 283-4636
Facsimile:  (515) 558-0636
Email: rwlozier@belinmccormick.com
Email: meweinhardt@belinmccormick.com

/s/ Robert V.P. Waterman, Jr.
Robert V.P. Waterman, Jr.