IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| PELLA CORPORATION | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 4:11-CV-00273 |
| v. | ) ) | MOTION FOR ADMISSION |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) | PRO HAC VICE |
| Defendant. | ) ) | |

John P. Winsbro, an attorney who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Plaintiff Pella Corporation. Mr. Winsbro states that he is a member in good standing of the bar of the United States Court of Appeals for the Second Circuit, the United States District Court for the Southern District of New York, and the highest court of the state of New York, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to attorneys admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Mr. Winsbro further states he will comply with the associate counsel requirements of LR 83.2(d)(4) by associating with Richard W. Lozier, Jr., an attorney who has been admitted to the bar of this district under LR 83.2(b) and (c) and who has entered an appearance in this case on behalf of Pella Corporation.

Respectfully Submitted,

By: _____
John P. Winsbro
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1812
Fax (212) 506-1800
JWinsbro@kasowitz.com

ATTORNEY FOR PLAINTIFF,
Pella Corporation

2309625v1
8/2/2011 7:06 AM

2

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on August 10, 2011 by

- ☐ U.S. Mail
- ☐ FAX
- ☐ Hand Delivered
- ☐ Electronic Mail
- ☐ FedEx/ Overnight Carrier
- ■ CM / ECF

| | | |
|---|---|---|
| Joseph Michael Vanek | Bruce S. Sperling | Martin Goering |
| John Paul Bjork | Robert D. Cheifetz | Jessica Elyse Rissman |
| Vanek Vickers & Masini P.C. | Sperling & Slater, P.C. | Eugene M. Cummings, P.C. |
| 111 S. Wacker Dr., Ste. 4050 | 55 West Monroe St., Ste. 3200 | One North Wacker Dr. Ste. 4130 |
| Chicago, IL 60606 | Chicago, IL 60603 | Chicago, IL 60606 |

Angela Lynnette Campbell
Dickey & Campbell Law Firm P.L.C.
301 E. Walnut, Ste. 1
Des Moines, IA 50309

Signature: */s/ Laura A. Brustkern*
BELIN\P0648\0001\00 Caption (00807343).DOC