UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| PELLA CORPORATION, | ) ) ) | Case No.: 4:11-cv-00273-JEG-CFB |
| Plaintiff, | ) ) ) |  |
| v. | ) ) ) |  |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) |  |
| Defendant. | ) ) |  |

**PLAINTIFF PELLA CORPORATION'S RESPONSE TO DEFENDANT LIBERTY MUTUAL INSURANCE'S MOTIONS (1) FOR STAY OF PROCEEDINGS AND (2) TO EXTEND THE DUE DATE FOR FILING RESPONSIVE PLEADINGS OR OTHER PAPERS**

Defendant Liberty Mutual Insurance Company ("Liberty") has moved for a stay of this litigation pending a decision on the appeals (the "*Pella I* Appeals"*)* that the parties have taken from certain of the Court's rulings in *Liberty Mutual Insurance Co. v. Pella Corp. and Pella Windows and Doors, Inc.,* Case No. 07-cv-00508-JEG-CFB. On August 18, 2011, the United States Court of Appeals for the Eighth Circuit issued its decision on the *Pella I* Appeals. Accordingly, Liberty's motion for a stay of this matter is now moot.

In a separate motion, Liberty requested twenty-one (21) days to file responsive pleadings in this case running from either (i) "the date the stay of proceedings is lifted" or (ii) "the date the stay of proceedings is denied." Defendant Liberty Mutual Insurance Company's Motion to Extend the Due Date for Filing Responsive Papers or Other Pleadings at 2-3. Plaintiff has no

objection to permitting Liberty to file its responsive papers within 21 days from the decision on the *Pella I* Appeals, that is, on or before Thursday, September 8, 2011.

Dated: August 22, 2011.

>Respectfully submitted,
>
>BELIN McCORMICK, P.C.
>
>
>By  /s/ Richard W. Lozier, Jr.
>    Richard W. Lozier, Jr.
>    Mark E. Weinhardt
>
>666 Walnut Street, Suite 2000
>Des Moines, IA  50309-3989
>Telephone:    (515) 283-4636
>Facsimile:    (515) 558-0636
>E-mail:       rwlozier@belinmccormick.com
>
>and
>
>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
>
>Robin L. Cohen
>Keith McKenna
>John P. Winsbro
>1633 Broadway
>New York, NY  10019
>Telephone: (212) 506-1770
>Facsimile: (212) 506-1800
>Email: rcohen@kasowitz.com
>       kmckenna@kasowitz.com
>       jwinsbro@kasowitz.com
>
>Attorneys for Plaintiff Pella Corporation

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on August 22, 2011 by

| | | | |
|---|---|---|---|
| ☐ | U.S. Mail | ☐ | FAX |
| ☐ | Hand Delivered | ☐ | Electronic Mail |
| ☐ | FedEx/ Overnight Carrier | ■ | CM / ECF |

Robert V.P. Waterman, Jr.
Lane & Waterman, LLP
220 North Main St., Ste. 600
Davenport, IA 52801

Charles W. Browning
Kenneth C. Newa
Jeffrey C. Gerish
Danielle Perez
Plunkett Cooney
38505 Woodward Ave. # 2000
Bloomfield Hills, MI 48304

Signature: */s/ Laura A. Brustkern*

BELIN\P0648\0002\pld Pella's Response Re: LMU's Motions Stay & Extend (01073242).DOC